AO 241 (Rev. 12/04)

Page 2

_ 0 6 - 5 8 3 _

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: |
|---|---|

| Name (under which you were convicted): Jermaine Barnett | Docket or Case No.: 9506017682 |
|---|---|
| Place of Confinement: Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware 19977 | Prisoner No.: 330792 |

| Petitioner (include the name under which you were convicted) Jermaine Barnett | v. | Respondent (authorized person having custody of petitioner) Thomas L. Carroll |
|---|---|---|

| The Attorney General of the State of Delaware, Carl C Danberg |
|---|

### PETITION

Scanned- BD 9/20/06

FILED
SEP 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NO IFP

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
Delaware Superior Court, New Castle County
500 N King Street, Wilmington, De. 19801

(b) Criminal docket or case number (if you know): 9506017682

2. (a) Date of the judgment of conviction (if you know):

(b) Date of sentencing:

3. Length of sentence: Natural Life

4. In this case, were you convicted on more than one count or of more than one crime?   ☒ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:
Murder 1st degree
Conspiracy to committ murder 1st degree
Robbery 1st degree
Burglary
Criminal Posession of a weapon

6. (a) What was your plea? (Check one)

☒ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
☐ (2) Guilty        ☐ (4) Insanity plea

AO 241 (Rev. 12/04)                                                                                                                                   Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

**N/A**

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☒ No

8. Did you appeal from the judgment of conviction?

☒ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court: **Delaware Supreme Court**

(b) Docket or case number (if you know): **9506017682**

(c) Result: **Affirmed in part, Reversed in part**

(d) Date of result (if you know): **February 3, 2000**

(e) Citation to the case (if you know):

(f) Grounds raised: **Violation of 5th and 6th Amendment rights. Error in jury selection process**

(g) Did you seek further review by a higher state court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

**N/A**

(4) Date of result (if you know):

≈AO 241 (Rev. 12/04)                                                                                                                   Page 4

(5) Citation to the case (if you know):

(6) Grounds raised: N/A

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result: N/A

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Delaware Superior Court

(2) Docket or case number (if you know): 9506017682

(3) Date of filing (if you know):

(4) Nature of the proceeding: Post-Conviction Relief

(5) Grounds raised:
1. Ineffective Assistance of Counsel
2. Prosecutorial Misconduct
3. Trial judge made Plain error
4. Trial judge erred by allowing use of inadmissable statement
5. Miscarriage of Justice in trial
6. Violation of 5th, 6th amendment rights

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes   ☒ No

(7) Result:

(8) Date of result (if you know):

⹁AO 241  
(Rev. 12/04)

Page 5

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: Delaware Supreme Court

    (2) Docket or case number (if you know): 9506017682

    (3) Date of filing (if you know):

    (4) Nature of the proceeding: Statement of cause for filing of an untimely appeal

    (5) Grounds raised: i. Appeal was filed untimely due to an error on the part of the superior courts office and this is on file/record

The court has a record of this which they admitted to.

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes  ☒ No

    (7) Result:

    (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:    N/A

    (5) Grounds raised:

§AO 241 (Rev. 12/04)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:  ☑ Yes  ☐ No
(2) Second petition: ☑ Yes  ☐ No
(3) Third petition:  ☑ Yes  ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:


12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** Violation of petitioners 5th, 6th and 14th amendment rights that are guaranteed by the United States Constitution

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Statement introduced at trial was thrown out and suppressed. However the trial court allowed it to be used in the guilt and penalty phase. The use of this statement was in violation of the confrontation clause

(b) If you did not exhaust your state remedies on Ground One, explain why:

⚜AO 241 (Rev. 12/04)                                                                                                             Page 7

(c)   **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
   ☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 61 Post-Conviction relief

Name and location of the court where the motion or petition was filed: Delaware Superior Court

Docket or case number (if you know): 9506017682

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Untimely filing

AO 241 (Rev. 12/04)

Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:** Petitioner was denied his 5th, 6th, and 14th amendment rights which were violated

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial court errored in using an inadmissable statement in guilt and penalty phase

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)  **Direct Appeal of Ground Two:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No
  (2) If you did not raise this issue in your direct appeal, explain why:

(d)  **Post-Conviction Proceedings:**
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
      ☑ Yes   ☐ No
  (2) If your answer to Question (d)(1) is "Yes," state:
  Type of motion or petition: Post-conviction relief
  Name and location of the court where the motion or petition was filed: Superior Court, New Castle County, 500 N. King Street
  Docket or case number (if you know): 9506017682
  Date of the court's decision:

≈AO 241 (Rev. 12/04)                                                                                                                    Page 9

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No
(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Delaware Supreme Court P.O. Box 476 Dover De. 19903

Docket or case number (if you know): 9506017682

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two

**GROUND THREE:** Petitioners 5th, 6th and 14th amendment rights were violated

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioners 5th, 6th, and 14th amendment rights were violated when he was denied the right to a fair and impartial jury trial and when he was denied the right to confront his accuser. Yet his accusers statement was entered into his trial and penalty phase

&AO 241 (Rev. 12/04)

Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why?

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction relief

Name and location of the court where the motion or petition was filed: Superior Court, New Castle County, 500 N King street

Docket or case number (if you know): 9506017682

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No
(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Delaware Supreme Court, P.O. Box 476, Dover Delaware 19903

Docket or case number (if you know): 9506017682

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 241
(Rev. 12/04)
Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** Petitioner was denied his $5^{th}, 6^{th}$ and 14th amendment right to confront his accuser at a fair and impartial trial

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The trial judge allowed the prosecution to introduce a statement into the trial that was ruled inadmissable which placed the petitioner at the scene of the crime

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) **Direct Appeal of Ground Four:**
(1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes  ☐ No
(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**
(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☑ Yes  ☐ No
(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: Post-conviction relief

AO 241 (Rev. 12/04)    Page 12

Name and location of the court where the motion or petition was filed: Superior Court, New Castle County, 500 N King street

Docket or case number (if you know): 9506017682

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Delaware Supreme Court P.O. Box 476  Dover, Delaware 19903

Docket or case number (if you know): 9506017682

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

Post conviction - Relief

☙AO 241
(Rev. 12/04)

Page 13

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☑ Yes   ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

⨳AO 241 (Rev. 12/04)                                                                                                                                   Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Public Defenders Office - 5th floor, Carvel State Office Building, 820 N French Street, Wilmington, Delaware 19801

(b) At arraignment and plea: Thomas A. Foley, 1326 King Street, Wilmington, De 19801 / Jerome M. Capone

(c) At trial: 

(d) At sentencing: Thomas A. Foley / Jerome M. Capone

(e) On appeal: Thomas A. Foley / Jerome M. Capone

(f) In any post-conviction proceeding: Pro-se

(g) On appeal from any ruling against you in a post-conviction proceeding: Pro-se

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☑ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

On appeal the court denied petitioners motion due to untimely filing. However the petitioner filed a motion showing that he filed in an untimely manner due to the courts fault of never sending him a notice of its ruling. Therefore petitioner never knew he had to file because he thought they were still deliberating. The court even admitted to this error and its on file / Record

AO 241 (Rev. 12/04)          Page 15

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

  (1)   A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

      (A)   the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

      (B)   the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

      (C)   the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

      (D)   the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

&AO 241 (Rev. 12/04)

Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:


or any other relief to which petitioner may be entitled.


_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).


Executed (signed) on  9-16-2006  (date).


_Jermaine Barnett_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.


IN FORMA PAUPERIS DECLARATION

_____
[insert appropriate court]

* * * * *



To: Lockbox 18
844 King Street
U.S. Courthouse
Wilmington, Delaware
19801

I/M Jermaine Barnett
SBI# 330792 UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977