IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JERMAINE BARNETT,                )
                                 )
        Petitioner,              )
                                 )
v.                               )    Civil Action No. 06-583-JJF
                                 )
THOMAS CARROLL,                  )
Warden, and CARL C.              )
DANBERG, Attorney                )
General of the State of          )
Delaware,                        )
                                 )
        Respondents.             )



**AEDPA ELECTION FORM**

1.  __X__    I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2.  _____    I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3.  _____    I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive

        petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief.  I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d).  See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254.  I am instead seeking relief under _____.

_/s/ Jermaine Barnett_
Petitioner

I/M Jermaine Barnett
SBI# 330792   UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 OCT 2006 PM 2 L

To: Office of the Clerk
United States District Court
844 North King Street
Lockbox 18
Wilmington, Delaware 19801-3570