D.I. # _____

# CIVIL ACTION
# NUMBER: _____06CV 583 JJF_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.35 | 06-583JJF |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.60 | |

Sent To: WARDEN TOM CARROLL
Street, Apt. No.; or PO Box No.: DELAWARE CORRECTIONAL CENTER
1181 PADDOCK RD.
City, State, ZIP+4: SMYRNA, DE 19977

7005 1820 0004 3169 6923

PS Form 3800, June 2002     See Reverse for Instructions