**D.I. #** _____

# CIVIL ACTION
# NUMBER: _____06cv583 JJF_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT | |
|---|---|
| (Domestic Mail Only; No Insurance Coverage Provided) | |
| Postage | $ 1.35 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.60 |

Article number: 7005 1820 0004 3169 6862

Postmark note: 06-583 JJF

Sent To: LOREN MEYERS
Street: DEPUTY ATTORNEY GENERAL
        DEPARTMENT OF JUSTICE
City, State, ZIP+4: 820 N. FRENCH STREET
                    WILMINGTON, DE 19801

PS Form 3800, June 2002          See Reverse for Instructions