IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERMAINE BARNETT, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civ.Act.No. 06-583-JJF |
| THOMAS CARROLL, Warden and JOSEPH R. BIDEN III, Attorney General for the State of Delaware | ) ) ) ) ) |
| Respondents. | ) ) |

ORDER

This __16__ day of __March__, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before March 2, 2007.

_____
United States District Judge