IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JERMAINE BARNETT,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**THOMAS CARROLL**, Warden )<br>and **JOSEPH R. BIDEN III**, Attorney )<br>General for the State of Delaware )<br>)<br>Respondents. ) | Civ.Act.No. 06-583-JJF |

**NOTICE OF FILING OF STATE COURT RECORDS**

    1. Notice is hereby given that certified copies of the following Delaware Superior Court documents in ID No. 9506017682 have been manually filed with the Court and are available in paper form only.

        a. Criminal Docket

        b. Indictment

        c. Findings After Second Penalty Hearing

        d. Motion for Postconviction Relief

        e. Affidavit of Defense Counsel in response to Motion for Postconviction Relief.

        f. Affidavit of Defense Counsel in response to Motion for Postconviction Relief.

    g.  Order Dismissing Motion for Postconviction Relief

<u>/s/ Kevin M. Carroll</u>
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: April 18, 2007

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 18, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on April 18, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Jermaine Barnett
    SBI No. 330792
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

                                                 /s/ Kevin M. Carroll
                                                 Deputy Attorney General
                                                 Department of Justice
                                                 820 N. French Street
                                                 Wilmington, DE 19801
                                                 (302) 577-8500
                                                 Del. Bar. ID No. 4836
                                                 kevin.carroll@state.de.us

Date:  April 18, 2007