IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JERMAINE BARNETT,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-583-JJF |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE
CERTIFIED STATE COURT RECORDS**

1.  The petitioner, Jermaine Barnett, has applied for federal habeas relief, alleging several point of error in the admission of a codefendant's statement in his original trial. D.I. 1 at 6-12. The undersigned filed an answer to the petition on February 2, 2007.

2.  By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's case.

3.  The undersigned filed certified copies of petitioner's Superior Court records on April 18, 2007. Unfortunately, the Deputy Attorney General assigned to get the certified records of petitioner's Supreme Court documents has been unable to go the Delaware Supreme Court due to scheduling conflicts and increased workload. The undersigned now anticipates obtaining and copying the records on or before May 2, 2007. This is the fourth request for an extension to file the Supreme Court records.

4. Respondents submit that an extension of time to May 2, 2007 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836
kevin.carroll@state.de.us

DATE: April 18, 2007

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ Kevin M. Carroll
Deputy Attorney General

Date: April 18, 2007                                          Counsel for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on April 18, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

Jermaine Barnett
SBI No. 330792
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836
kevin.carroll@state.de.us

Date: April 18, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JERMAINE BARNETT,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-583-JJF |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This _____ day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before May 2, 2007.

_____
United States District Judge