IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JERMAINE BARNETT,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**THOMAS CARROLL**, Warden )<br>and **JOSEPH R. BIDEN III**, Attorney )<br>General for the State of Delaware )<br>)<br>Respondents. ) | Civ.Act.No. 06-583-JJF |

**NOTICE OF FILING OF STATE COURT RECORDS**

   1. Notice is hereby given that certified copies of the following of the Delaware Supreme Court documents have been filed and are available in paper form only.

      a. Notice of Appeal

      b. Notice to Show Cause (No. 164, 2006)

      c. Appellant's Response to Notice to Show Cause (No. 164, 2006)

      d. Appellee's Memorandum in support of dismissal (No. 164, 2006)

      e. Order (August 14, 2006) (No. 164, 2006).

                                           /s/ Kevin M. Carroll
                                           Deputy Attorney General
                                           Department of Justice
                                           820 N. French Street
                                           Wilmington, DE 19801
                                           (302) 577-8500
                                           Del. Bar. ID No. 4836

DATE: May 14, 2007

## CERTIFICATE OF SERVICE

     I hereby certify that on May 14, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on May 14, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Jermaine Barnett
    SBI No. 330792
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

                                                       /s/ Kevin M. Carroll
                                                       Deputy Attorney General
                                                       Department of Justice
                                                       820 N. French Street
                                                       Wilmington, DE 19801
                                                       (302) 577-8500
                                                       Del. Bar. ID No. 4836
                                                       kevin.carroll@state.de.us

Date:  May 14, 2007