# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JERMAINE BARNETT,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 06-583-JJF |
| ) | |
| **THOMAS CARROLL**, Warden ) | |
| and **JOSEPH R. BIDEN III**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF FILING OF STATE COURT RECORDS

1. Notice is hereby given that certified copies of the following of the Delaware Supreme Court documents have been filed and are available in paper form only.

    a. Appellant's Opening Brief and Appendix (No. 65/97, 1998)

    b. State's Answering Brief and Appendix (No. 65/97, 1998)

    c. Appellant's Reply Brief (No. 65/97, 1998)

    d. Order (June 18, 1999) (No. 65/97, 1998)

    e. Order (September 17, 1999) (No. 64/107, 1998; 65/97, 1998)

    f. Defendant's Supplemental Memorandums (No. 65/97, 1998)

 g. State's Answering Supplemental Memorandums (No. 65/97, 1998)

                <u>/s/ Kevin M. Carroll</u>
                Deputy Attorney General
                Department of Justice
                820 N. French Street
                Wilmington, DE 19801
                (302) 577-8500
                Del. Bar. ID No. 4836

DATE: May 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on May 18, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Jermaine Barnett
    SBI No. 330792
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Kevin M. Carroll
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 4836
    kevin.carroll@state.de.us

Date:  May 18, 2007