IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERMAINE BARNETT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-583-JJF |
| | : |
| THOMAS L. CARROLL, Warden, | : |
| and, JOSEPH R. BIDEN, III, | : |
| Attorney General for the | : |
| State of Delaware, | : |
| | : |
| Defendants. | : |

### ORDER

WHEREAS, pending before the Court are Defendants' Second Motion For Extension Of Time To File Answer (D.I. 12), Fourth Motion For Extension Of Time To File Certified State Court Records (D.I. 21), and Fifth Motion For Extension Of Time To File Certified State Court Records (D.I. 23);

WHEREAS, because Defendants have already filed the papers relevant to the motions by the deadline proposed in the motions, and because the Court routinely grants extensions of time to file in these circumstances;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendants' Motions For Extension Of Time To File (D.I. 12, 21, 23) are **GRANTED**.

May 21, 2007

_____
UNITED STATES DISTRICT JUDGE